Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
        jchong@spencerfane.com

*Attorneys for Defendant USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BREANNA REINGRUBER**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA GENERAL INDEMNITY COMPANY**, d/b/a USAA, an unincorporated entity and/or a reciprocal insurance exchange; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00007-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Breanna Reingruber ("Plaintiff"), and Defendant, USAA General Indemnity Company, Inc. ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Amended Complaint for one week, from January 10, 2023 to January 17, 2023. Defendant removed this case to federal court on January 3, 2023. This is the parties' first stipulation to extend Defendant's time to respond to the Amended Complaint.

The parties request this brief extension to accommodate evaluation of Plaintiff's Amended Complaint, and Defendant's counsel being out of the office for two weeks due to illness. The extension will also allow Defendant time to evaluate its potential defenses and settlement possibilities.

---

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)

1       This request is made in good faith and not for the purpose of delay.

2  DATED this 10th day of January, 2023.

3   SPENCER FANE, LLP

4   /s/ Mary E. Bacon

5   Mary E. Bacon (Nevada Bar No. 12686)
   300 South Fourth Street, Suite 950

6   Las Vegas, Nevada  89101

7   Attorneys for Defendant

8   CLAGETT & SYKES LAW FIRM

9   /s/ Brian Blankenship

10  BRIAN BLANKENSHIP, ESQ.
    Nevada Bar No. 11522

11  4104 Meadows Lane, Ste. 100

12  Las Vegas, NV 89107
    Attorney for Plaintiff

13

14                          **ORDER**

15           IT IS SO ORDERED.

16

17

18                 UNITED STATES MAGISTRATE JUDGE

19

20             DATED:  January 10, 2023

21

22

23

24

25

26

27

28

Case No. TBD

DN 7298292.1