1  Sean K. Claggett, Esq.
   Nevada Bar No. 0084707
2  Brian Blankenship
   Nevada Bar No. 11522
3  Scott E. Lundy, Esq.
   Nevada Bar No. 014235
4  4101 Meadows Lane, Ste. 100
   Las Vegas, Nevada 89107
5  (702) 655-2346 – Telephone
   (702) 655-3763 – Facsimile
6  sclaggett@claggettlaw.com
   brian@claggettlaw.com
7  scott@claggettlaw.com
   *Attorneys for Plaintiff*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11  BREANNA REINGRUBER, an individual;       Case No.: 2:23-cv-00007-JCM-EJY

12                  Plaintiff,               **STIPULATION AND ORDER TO
                                             EXTEND PLAINTIFF'S
13  v.                                       DEADLINE TO SUBMIT HER
                                             OPPOSITION TO
14  USAA GENERAL INDEMNITY                   DEFENDANT'S MOTION TO
    COMPANY, d/b/a USAA, an                  DISMISS (ECF NO. 7)**
15  unincorporated entity and/or a reciprocal
    insurance exchange; DOES I through X;    **(FIRST REQUEST)**
16  and ROE CORPORATIONS I through X,
    inclusive,
17
                    Defendants.
18

19

20         Plaintiff, BREANNA REINGRUBER, by and through her attorneys of

21  record, CLAGGETT & SYKES LAW FIRM, and Defendant, USAA GENERAL

22  INDEMNITY COMPANY, by and through its attorneys of record, SPENCER

23  FANCE LLP, hereby stipulate and agree that the deadline for Plaintiff to

24
                                    - 1 -

1  submit her opposition to Defendant's Motion to Dismiss Plaintiff's First, Third,

2  and Fourth Causes of Action and Motion to Strike Plaintiff's Request for

3  Punitive Damages and Attorney's Fees (ECF No. 7) shall be extended from

4  January 31, 2023, to **February 14, 2023**. Defendant filed its motion to dismiss

5  on January 17, 2023.

6      Due to an oversight, Plaintiff's counsel did not learn of Defendant's

7  motion until January 24, 2023. Therefore, the parties request this brief

8  extension to accommodate Plaintiff and allow her time to prepare and submit an

9  opposition to Defendant's motion to dismiss.

10     This request is made in good faith and not for the purpose of delay.

11  DATED this 27th day of January 2023.       DATED this 27th day of January 2023.

12  CLAGGETT & SYKES LAW FIRM          SPENCER FANE LLP

13

14  */s/ Brian Blankenship*                 */s/ Mary E. Bacon*

15  Brian Blankenship, Esq.                 Mary E. Bacon, Esq.
    Nevada Bar No. 11555                    Nevada Bar No. 12686
    *Attorneys for Plaintiff*                 *Attorneys for Defendant*

16

17                    **ORDER**

18        IT IS SO ORDERED.

19  _____
                                UNITED STATES DISTRICT COURT JUDGE

20                              DATED: January 27, 2023

21

22

23

24                              - 2 -