Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA General Indemnity Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **BREANNA REINGRUBER**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA GENERAL INDEMNITY COMPANY**, d/b/a USAA, an unincorporated entity and/or a reciprocal insurance exchange; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00007-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff, Breanna Reingruber ("Plaintiff"), and Defendant, USAA General Indemnity Company, Inc. ("Defendant") have agreed to extend the time for Defendant to fle its Reply in Support of its Motion to Dismiss for one week, from February 21, 2023 to February 28, 2023.

The parties request this brief extension to accommodate Defendant's lead counsel being out on maternity leave.

This request is made in good faith and not for the purpose of delay.

DATED this 20th day of February, 2023.

SPENCER FANE, LLP

/s/ Mary E. Bacon
Mary E. Bacon (Nevada Bar No. 12686)
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
Attorneys for Defendant


CLAGETT & SYKES LAW FIRM

/s/ Brian Blankenship
BRIAN BLANKENSHIP, ESQ.
Nevada Bar No. 11522
4104 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED February 22, 2023.

_____
U.S. DISTRICT COURT JUDGE