Mary E. Bacon, Esq., Bar No. 12686
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for Defendant USAA Casualty General Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **BREANNA REINGRUBER,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA GENERAL INDEMNITY COMPANY**, d/b/a USAA, an incorporated entity and/or a reciprocal insurance exchange; DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendants. | Civil Action No. 2:23-cv-00007-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant USAA General Indemnity Company ("USAA GIC") and Plaintiff Breanna Reingruber ("Reingruber" or "Plaintiff" and together with USAA GIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

Dated this 25th day of July, 2025.

| **CLAGGETT & SYKES LAW FIRM** | **SPENCER FANE, LLP** |
|---|---|
| */s/ Brian Blankenship*<br>Sean K. Claggett, Esq.<br>(NV Bar No. 84707)<br>Brian Blankenship, Esq.<br>(NV Bar No. 11522)<br>*Attorneys for Plaintiff, Breanna Reingruber* | */s/ Mary E. Bacon*<br>Mary E. Bacon, Esq.<br>(NV Bar No. 12686)<br>*Attorneys for Defendant, USAA General Indemnity Company, d/b/a USAA* |

-2-

**ORDER**

**IT IS SO ORDERED.**

DATED: July 30, 2025

_____
UNITED STATES DISTRICT COURT JUDGE